IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONOVAN A. REMEKIE, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 22-79 |
| | : | |
| v. | : | |
| | : | |
| MR. JAIME SORBER, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : : : : : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 7th day of March, 2022, after considering the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by the *pro se* petitioner, Donovan A. Remekie ("Remekie") (Doc. No. 1), Remekie's motion to stay (Doc. No. 3), this court's January 28, 2022 memorandum opinion and order (Doc. Nos. 4, 5), and Remekie's "Rule to Show Cause" (Doc. No. 6); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion to stay (Doc. No. 3) is **DENIED**;

2. The petition for a writ of habeas corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** to Remekie filing a new petition once he has fully exhausted his claims in the state courts;

3. The court **DECLINES** to issue a certificate of appealability; and

4.         The clerk of court shall **MARK** this action as **CLOSED**.

                                      BY THE COURT:

                                      /s/ *Edward G. Smith*
                                      EDWARD G. SMITH, J.